UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WILLIAM WOLFE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:07CV124 LMB |
| ) | |
| JAMES DAVIS STOOKEY, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER OF REMAND

**IT IS HEREBY ORDERED** that this case is **REMANDED** to the 36th Judicial Circuit Court, Ripley County, Missouri, pursuant to 28 U.S.C. § 1447(c).

Dated this 20th day of August, 2007.

_____
UNITED STATES DISTRICT JUDGE